## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **No. 1:14-cr-00070** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **(Judge Kane)** |
| **DOUGLAS KELLY, <u>et al.</u>,** | **:** | |
| **Defendants** | **:** | |

## <u>ORDER</u>

**AND NOW**, on this 3rd day of September 2015, **IT IS HEREBY ORDERED THAT**

Defendant's motion to suppress evidence (Doc. No. 435), is **DENIED**.

   S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania