# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. **1:14-cr-00070** |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **DOUGLAS KELLY, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 3rd day of September 2015, **IT IS HEREBY ORDERED THAT**

Defendant's motion to suppress physical evidence (Doc. No. 431), is **DENIED**.

                                                          S/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania